UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**FILED**

------------------------------------------------------------

TERESA HENRIQUEZ,

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAR 5 ● 2006 ★

**BROOKLYN OFFICE**

JUDGMENT

05-CV- 4340 (JG)

Plaintiff,

-against-

JO ANNE B. BARNHART,
Commissioner of Social Security,

Defendant.

------------------------------------------------------------X

      An Order of Honorable John Gleeson, United States District Judge, having been filed on March 30, 2006, reversing the Commissioner's decision pursuant to the fourth sentence of 42 U.S.C. § 405(g); and remanding plaintiff's claim for further administrative proceedings, including, but not limited to, a new hearing, obtaining vocational expert evidence, as well as issuance of a new decision; it is

      ORDERED and ADJUDGED that the Commissioner's decision is reversed pursuant to the fourth sentence of 42 U.S.C. § 405(g); and that plaintiff's claim is remanded for further administrative proceedings, including, but not limited to, a new hearing, obtaining vocational expert evidence, as well as issuance of a new decision.

Dated: Brooklyn, New York
       March 30, 2006,

s/Robert C. Heinemann

ROBERT C. HEINEMANN
Clerk of Court